**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Meyer Sadigursky
    Simona Sadigursky

                    Debtor(s)

Case No.: 1−15−10034−MJK
Chapter: 11

SSN: xxx−xx−3180
SSN: xxx−xx−3179

## FINAL DECREE AND ORDER CLOSING CASE

The estate of the above−named debtor(s) has been substantially consummated.

**IT IS ORDERED,** that this case is closed, provided however, that the case may be reopened without payment of a filing fee to permit the filing of any motion under Section 1112(b)(4)(N) of Title 11 U.S.C.

Dated: February 26, 2020

**HONORABLE MICHAEL J. KAPLAN**
United States Bankruptcy Court

Form fnldec11
www.nywb.uscourts.gov